**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: David J. Miller                                    CHAPTER 13
                        Debtor

                                                          BKY. NO. 16-15464 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, and index same on the master mailing list.

Re: Loan # Ending In: 8091

                          Respectfully submitted,

                          **/s/Brian Nicholas, Esquire**
                          Brian Nicholas, Esquire
                          Thomas Puleo, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322  FAX (215) 627-7734