**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID J. MILLER | Chapter 13 |
| Debtor | Bankruptcy No. 16-15464-JKF |

**Order Dismissing Chapter 13 Case and**
<u>**Directing Counsel to File Master Mailing List**</u>

    **AND NOW**, this \_\_\_\_22\_\_\_\_ day of \_\_\_\_December\_\_\_\_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

                                        _____
                                        Jean K. FitzSimon
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152


Debtor:
DAVID J. MILLER

2034 Lansing Street

Philadelphia, PA 19134