United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David J. Miller
    Debtor

Case No. 16-15464-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 2      Date Rcvd: Dec 22, 2016
Form ID: pdf900      Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
```
db          +David J. Miller,    2034 Lansing Street,    Philadelphia, PA 19152-3610
13770112    +AR Resources, Inc.,    P.O. Box 1056,    Blue Bell, PA 19422-0287
13770101    +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13770088     Customer Portfolio Services,    P.O. Box 57071,    Irvine,
13770091    +ERC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
13770104    +HR Physician Services,    P.O. Box 8500, Box 4081,    Philadelphia, PA 19178-8500
13770111    +HR Physicians Services,    P.O. Box 8500, Box # 4081,    Philadelphia, PA 19178-8500
13770108    +Harris & Harris, Ltd,    111 West Jackson Blvd, Suite 400,    Chicago, IL 60604-4135
13770105    +Holy Redeemer Health System,    P.O. Box 8500,    Philadelphia, PA 19178-8500
13770109    +Holy Redeemer Health System,    P.O. Box 8500-2900,    Philadelphia, PA 19178-0001
13770097    +Holy Reedeemer,    P.O. Box 8500,    Philadelphia, PA 19178-8500
13804182    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13770090    +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
13770094    +Monarch Recovery Management, Inc.,    P.O. Box 21089,    Philadelphia, PA 19114-0589
13770089    +PA Housing Finance Agency,    211 N. Front Street,    Philadelphia, PA 19106
13770093    +Sure Recovery Service,    P.O. Box 818,    Jackson, NJ 08527-0818
13770095    +The Childrens Hospital of Philadelphia,    Lockbox #8017, P.O. Box 8500,
              Philadelphia, PA 19178-0001
13839915    +U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
              211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 23 2016 02:08:59    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2016 02:08:13
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2016 02:08:39    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 23 2016 02:19:48
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13770098    +E-mail/Text: legal@arsnational.com Dec 23 2016 02:07:50    ARS National Services, Inc.,
              P.O. Box 469046,    Escondido, CA 92046-9046
13770113    +E-mail/Text: bkrpt@retrievalmasters.com Dec 23 2016 02:08:23
              American Medical Collection Agency,    P.O. Box 1235,    Elmsford, NY 10523-0935
13770096    +E-mail/Text: clientrep@capitalcollects.com Dec 23 2016 02:09:30    Capital Collection Service,
              P.O. Box 150,    West Berlin, NJ 08091-0150
13777191    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 23 2016 02:19:49
              Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
              Arlington, TX 76006-1347
13770092    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 23 2016 02:09:27
              Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
13770100    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 23 2016 02:08:23    Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13770099*   +ARS National Services, Inc.,    P.O. Box 469046,    Escondido, CA 92046-9046
13770102*   +Capital Collection Service,    P.O. Box 150,    West Berlin, NJ 08091-0150
13770103*   +Capital Collection Service,    P.O. Box 150,    West Berlin, NJ 08091-0150
13770106*   +Capital Collection Service,    P.O. Box 150,    West Berlin, NJ 08091-0150
13770107*   +Capital Collection Service,    P.O. Box 150,    West Berlin, NJ 08091-0150
13770110*   +Capital Collection Service,    P.O. Box 150,    West Berlin, NJ 08091-0150
                                                                                TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Dec 22, 2016
                              Form ID: pdf900             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID J. AVERETT    on behalf of Debtor David J. Miller averettlaw@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID J. MILLER | Chapter 13 |
| Debtor | Bankruptcy No. 16-15464-JKF |

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this ____22____ day of ____December____, 201<u>6</u>, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152


Debtor:
DAVID J. MILLER

2034 Lansing Street

Philadelphia, PA 19134